# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2008

135835(4)

In re:

Hon. Steven R. Servaas
63rd District Court
105 Maple Street
Rockford, MI  49341

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:  135835
JTC:  Formal Complaint No. 84

_____/

On order of the Court, the petition for interim suspension is considered, and it is DENIED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2008

Clerk

p0402